UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SANDRA GUERRA<br><br>    Plaintiff,<br><br> v.<br><br>STATE FARM GENERAL INSURANCE COMPANY,<br><br>    Defendant. | Case No. 1:19-cv-01042-AWI-BAM<br><br>ORDER CONTINUING SCHEDULING CONFERENCE<br><br>(Doc. No. 6) |

On October 21, 2019, Plaintiff Sandra Guerra filed a letter addressed to the Court regarding the status of this matter. (Doc. No. 6.) According to Plaintiff, the complaint is currently out for service and Plaintiff expects to file a proof of service on or before October 28, 2019, but does not anticipate that Defendant State Farm General Insurance Company will have appeared in advance of the Initial Scheduling Conference currently set for October 29, 2019. (*Id.*) Plaintiff accordingly requests a thirty-day continuance of the Initial Scheduling Conference. (*Id.*)

The Court construes Plaintiff's letter as an *ex parte* application for an order continuing the Initial Scheduling Conference. Having considered Plaintiff's request, and for good cause appearing, IT IS HEREBY ORDERED that the Initial Scheduling Conference currently set for October 29, 2019, is continued to **December 5, 2019 at 9:30 a.m. in Courtroom 8 (BAM)**

1

1  before Magistrate Judge Barbara A. McAuliffe.  A Joint Scheduling Report, carefully prepared
2  and executed by all counsel/pro se parties, shall be electronically filed in CM/ECF one (1) full
3  week prior to the Scheduling Conference, and shall be e−mailed, in Microsoft Word format, to
4  bamorders@caed.uscourts.gov.  The parties are encouraged to appear at the conference
5  telephonically and may do so with each party using the following dial-in number and access
6  code: **dial-in number 1-877-411-9748; access code 390866.**

IT IS SO ORDERED.

Dated: **October 23, 2019**        /s/ *Barbara A. McAuliffe*
                                   UNITED STATES MAGISTRATE JUDGE