McCormick, Barstow, Sheppard,
Wayte & Carruth LLP
Dana B. Denno, #227971
7647 North Fresno Street
Fresno, California 93720
Telephone:   (559) 433-1300
Facsimile:   (559) 433-2300

Attorneys for Defendant, STATE FARM GENERAL INSURANCE COMPANY

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA, FRESNO DIVISION

| | |
|---|---|
| SANDRA GUERRA,<br><br>             Plaintiff,<br><br>       v.<br><br>STATE FARM GENERAL INSURANCE COMPANY,<br><br>             Defendant. | Case No. 1:19-CV-01042-AWI-BAM<br><br>**STIPULATION AND ORDER FOR EXTENSION OF PRE-TRIAL DATES** |

   Plaintiff Sandra Guerra and Defendant State Farm General Insurance Company, by and through their attorneys of record, hereby agree and stipulate as follows:

**RECITALS**

   On December 6, 2019, the Court entered its Scheduling Conference Order ("Scheduling Order") setting this matter for trial on June 22, 2021 and establishing a number of other deadlines for disclosures and discovery. The Scheduling Order sets a cut-off for Nonexpert Discovery of September 4, 2020 and a cut-off for Expert Discovery of December 4, 2020. On March 19, 2020, the State of California issued a stay-at-home order due to the COVID-19 pandemic. While the Parties have engaged in written discovery during the pandemic, the stay-at-home order has prevented both parties from engaging in certain critical discovery, primarily the taking of depositions and site inspections.

   The Parties agree that additional time to complete Nonexpert Discovery and Expert

Discovery is warranted under the unique and unforeseeable circumstances here.

## STIPULATION

Pursuant to the foregoing, the Parties, by and through their attorneys of record stipulate and agree that the cut-off date for Nonexpert Discovery in this matter shall be extended from September 4, 2020 to December 4, 2020. The date for expert designation will be December 11, 2020. Supplemental expert disclosure will be no later than January 8, 2021.  The cut-off date for Expert Discovery shall be extended to January 22, 2021. The dispositive motion filing deadline will be continued from January 8, 2021 to February 12, 2021.  All other dates and deadlines set forth in the December 6, 2019 Scheduling Order shall remain.

Dated: July 16, 2020

McCORMICK, BARSTOW, SHEPPARD, WAYTE & CARRUTH LLP

By: /s/ Dana B. Denno
Dana B. Denno
Attorneys for State Farm General Insurance Company

Dated: July 16, 2020

KERLEY SCHAFFER LLP

By: /s/ Christopher Carling
J. Edward Kerley
Dylan L. Schafer
Christopher Carling
Attorneys for Sandra Guerra

081149-000013 6963148.1

**ORDER**

Pursuant to the stipulation of the parties, and good cause appearing, the Court GRANTS the parties' request.  IT IS HEREBY ORDERED that the Scheduling Order (Doc. No. 12) is modified as follows:

| | |
|---|---|
| Expert Disclosure: | December 11, 2020 |
| Supplemental Expert Disclosure: | January 8, 2021 |
| Non-Expert Discovery Deadline: | December 4, 2020 |
| Expert Discovery Deadline: | January 22, 2021 |
| Dispositive Motion Filing Deadline: | February 12, 2021 |

All other deadlines set forth in the Scheduling Order remain unchanged.  The parties are cautioned that further modifications of the Scheduling Order will not be granted absent a demonstrated showing of good cause.  Fed. R. Civ. P. 16(b).  Good cause may consist of the inability to comply with court orders in light of the COVID-19 pandemic.  Any such future difficulties should be explained.

IT IS SO ORDERED.

Dated:   **July 20, 2020**              /s/ *Barbara A. McAuliffe*
                                        UNITED STATES MAGISTRATE JUDGE

McCormick, Barstow,
Sheppard, Wayte &
Carruth LLP
7647 North Fresno Street
Fresno, CA 93720

4
STIPULATION AND ORDER FOR EXTENSION OF PRE-TRIAL DATES