McCormick, Barstow, Sheppard,
Wayte & Carruth LLP
Dana B. Denno, #227971
7647 North Fresno Street
Fresno, California 93720
Telephone:    (559) 433-1300
Facsimile:    (559) 433-2300

Attorneys for Defendant, STATE FARM
GENERAL INSURANCE COMPANY

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA, FRESNO DIVISION

| | |
|---|---|
| SANDRA GUERRA,<br><br>              Plaintiff,<br><br>       v.<br><br>STATE FARM GENERAL INSURANCE COMPANY,<br><br>              Defendant. | Case No. 1:19-CV-01042-AWI-BAM<br><br>**STIPULATION AND ORDER FOR EXTENSION OF PRE-TRIAL DATES** |

Plaintiff Sandra Guerra and Defendant State Farm General Insurance Company, by and through their attorneys of record, hereby agree and stipulate as follows:

**RECITALS**

On December 6, 2019, the Court entered its Scheduling Conference Order ("Scheduling Order") setting this matter for trial on June 22, 2021 and establishing a number of other deadlines for disclosures and discovery. The Scheduling Order set a cut-off for Nonexpert Discovery of September 4, 2020 and a cut-off for Expert Discovery of December 4, 2020. On March 19, 2020, the State of California issued a stay-at-home order due to the COVID-19 pandemic. While the Parties have engaged in initial disclosures and written discovery during the pandemic, the stay-at-home order has prevented both parties from engaging in certain critical discovery, primarily the taking of depositions and site inspections.  On July 20, 2020, the parties submitted a stipulation to allow for a very brief extension of certain pre-trial dates to allow for additional time for discovery

without altering other dates set by the initial Scheduling Order.

However, despite diligent efforts of the parties, they have been unable to complete discovery. The parties are diligently attempting to schedule depositions requested by Defendants, complete production of documents and any other necessary discovery prior to the cut-off. Accordingly, the Parties agree that an extension of dates in this matter is warranted under the unique and unforeseeable circumstances here.

## STIPULATION

Pursuant to the foregoing, the Parties, by and through their attorneys of record stipulate and agree that to the follow schedule changes:

|  | Current Date | Proposed New Date |
|---|---|---|
| Expert Disclosure | December 11, 2020 | April 12, 2021 |
| Supplemental Expert Disclosure | January 8, 2021 | May 7, 2021 |
| Non-Expert Discovery Deadline | December 4, 2020 | April 5, 2021 |
| Expert Discovery Deadline | January 22, 2021 | May 21, 2021 |
| Dispositive Motion Filing Deadline | February 12, 2021 | June 11, 2021 |
| Pretrial conference | April 9, 2021 | August 13, 2021 |
| Trial | June 22, 2021 | October 25, 2021 |

McCORMICK, BARSTOW,
SHEPPARD, WAYTE &
CARRUTH LLP
7647 NORTH FRESNO STREET
FRESNO, CA 93720

2
STIPULATION AND ORDER FOR EXTENSION OF PRE-TRIAL DATES

| | | |
|---|---|---|
| 1 | Dated: November 2, 2020 | McCORMICK, BARSTOW, SHEPPARD, WAYTE & CARRUTH LLP |

By: /s/ Dana B. Denno
Dana B. Denno
Attorneys for State Farm General Insurance Company

Dated: November 2, 2020                              KERLEY SCHAFFER LLP

By: /s/ Christopher Carling
J. Edward Kerley
Dylan L. Schafer
Christopher Carling
Attorneys for Sandra Guerra

081149-000013 7198628.

McCORMICK, BARSTOW,
SHEPPARD, WAYTE &
CARRUTH LLP
7647 NORTH FRESNO STREET
FRESNO, CA 93720

3
STIPULATION AND ORDER FOR EXTENSION OF PRE-TRIAL DATES

# ORDER

Pursuant to the stipulation of the parties, and good cause appearing, the Court GRANTS the parties' request. IT IS HEREBY ORDERED that the Scheduling Order (Doc. No. 12) is modified as follows:

| | |
|---|---|
| Expert Disclosure: | April 12, 2021 |
| Supplemental Expert Disclosure: | May 7, 2021 |
| Non-Expert Discovery Deadline: | April 5, 2021 |
| Expert Discovery Deadline: | May 21, 2021 |
| Dispositive Motion Filing Deadline: | June 11, 2021 |
| Pretrial Conf: | August 13, 2021<br>10:00 AM<br>Dept 2 (AWI) |
| Trial: | **October 26, 2021**<br>8:30 AM<br>Dept 2 (AWI) |

All other deadlines set forth in the Scheduling Order remain unchanged. This is the parties' second request to modify the Scheduling Order. The parties are cautioned that further modifications of the Scheduling Order will not be granted absent a demonstrated showing of good cause, which will be narrowly construed. Fed. R. Civ. P. 16(b). Good cause may consist of the inability to comply with court orders in light of the COVID-19 pandemic. Any such future difficulties should be explained.

IT IS SO ORDERED.

Dated: **November 5, 2020**        /s/ *Barbara A. McAuliffe*
                                 UNITED STATES MAGISTRATE JUDGE